## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 25-478 (RGA) |
| AZURITY PHARMACEUTICALS, INC., AZURITY PHARMACEUTICALS INDIA LLP, SLAYBACK PHARMA LLC, and SLAYBACK PHARM INDIA LLP, | |
| Defendants. | |

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING U.S. PATENT NOS. 8,877,776, 11,091,439, 11,091,440, AND 11,098,015

Defendants Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP, and Slayback Pharma LLC (collectively, "Defendants")[1], by and through their undersigned counsel, respectfully move pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings concerning U.S. Patent Nos. 8,877,776, 11,091,439, 11,091,440, and 11,098,015. The grounds for this Motion are more fully set forth in Defendants' Opening Brief in support of its Motion for judgment on the pleadings, which is filed concurrently herewith. A proposed form of order is also submitted herewith.

---

[1] The Complaint and First Amended Complaint name an additional defendant, Slayback Pharma India LLP, which was not served and is no longer an existing legal entity.

1

Dated:  July 28, 2025

*Of Counsel:*

**WINDELS MARX LANE
& MITTENDORF, LLP**
Andrew J. Miller
Elham F. Steiner
Robert A. Delafield II
One Giralda Farms
Madison, NJ 07940
(973) 966-3200

Jason A. Lief
156 West 56th Street
New York, NY 10019
(212) 237-1061

**MORRIS JAMES LLP**

_/s/ Kenneth L. Dorsney_
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants and Counterclaim
Plaintiffs Azurity Pharmaceuticals, Inc.,
Azurity Pharmaceuticals India LLP, and
Slayback Pharma LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXELIXIS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 25-478 (RGA) |
| AZURITY PHARMACEUTICALS, INC., AZURITY PHARMACEUTICALS INDIA LLP, SLAYBACK PHARMA LLC, and SLAYBACK PHARM INDIA LLP, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS REGARDING U.S. PATENT NOS. 8,877,776, 11,091,439,
11,091,440, AND 11,098,015**

This _____ day of _____, 2025, upon consideration of Defendants Azurity

Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP, and Slayback Pharma LLC's

(collectively, "Defendants") Motion for Judgment on the Pleadings and all Responses thereto, and

having determined that good cause exists for the requested relief;

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion for Judgment

on the Pleadings is GRANTED.  Counts 1-4 of Plaintiff Exelixis, Inc.'s First Amended Complaint

(D.I. 7) against Defendants are hereby DISMISSED.

_____
United States District Judge

3