IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-1208 (RGA) |
| ) | **CONSOLIDATED** |
| SUN PHARMACEUTICAL INDUSTRIES ) | |
| LTD. and SUN PHARMACEUTICAL ) | |
| INDUSTRIES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION AND [PROPOSED] ORDER
FOR CLAIM CONSTRUCTION HEARING**

Pursuant to Paragraph 10 of the Scheduling Order (D.I. 42) entered by the Court, Plaintiff Exelixis, Inc. ("Exelixis") and Defendants Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP, and Slayback Pharma LLC (collectively, "Azurity") hereby request that the *Markman* hearing scheduled for January 6, 2026 at 9:00 a.m. go forward, and confirm that claim construction briefing is now complete. The parties respectfully request one and a half (1.5) hours for the hearing, split evenly between Exelixis and Azurity.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ Anthony D. Raucci | /s/ Kenneth L. Dorsney |
| Rodger D. Smith II (#3778)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>araucci@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch, Esquire (#6720)<br>3205 Avenue North Boulevard, Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Plaintiff Exelixis, Inc.* | *Attorneys for Defendants Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP, and Slayback Pharma LLC* |
| OF COUNSEL:<br><br>Lisa J. Pirozzolo<br>Emily R. Whelan<br>Kevin S. Prussia<br>Jonathan A. Cox<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>Amy K. Wigmore<br>Gerard A. Salvatore<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 663-6000<br><br>Cindy Kan<br>Anna Mizzi<br>Alexander P. Gorka<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>250 Greenwich Street, 45th Floor<br>New York, NY 10007<br>(212) 230-8800<br><br>December 10, 2025 | OF COUNSEL:<br><br>Andrew J. Miller<br>Elham F. Steiner<br>WINDELS MARX LANE & MITTENDORF LLP<br>1 Giralda Farms<br>Madison, NJ 07940-1021<br>(973) 966-3200<br><br>Caryn L. Cross<br>WINDELS MARX LANE & MITTENDORF LLP<br>156 West 56th Street<br>New York, NY 10019<br>(212) 237-1000 |

**SO ORDERED** this _____ day of _____, 2025.

_____
United States District Judge