IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 24-1208 (RGA) |
| v. ) | **CONSOLIDATED** |
| ) | |
| MSN LABORATORIES PRIVATE LTD., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] CLAIM CONSTRUCTION ORDER**

Having considered the parties' Joint Claim Construction Brief (D.I. 99), and the arguments contained therein, and having heard oral argument on January 6, 2026;

**IT IS HEREBY ORDERED THAT**, as used in the asserted claims of U.S. Patent No. 11,298,349 (the "'349 patent"), U.S. Patent No. 12,128,039 (the "'039 patent"), U.S. Patent No. 8,877,776 (the "'776 patent"), U.S. Patent No. 11,091,439 (the "'439 patent"), U.S. Patent No. 11,091,440 (the "'440 patent"), and U.S. Patent No. 11,098,015 (the "'015 patent"), the terms below have the following meanings:

- 2 -

| Term | Claims | Construction |
|---|---|---|
| "Compound IB; [structure of cabozantinib (L)-malate]" | '349 patent, claim 3; '039 patent, claims 1 and 6 (and by dependency, claims 2-5, 7-11, 13-14, 16-17, 19-20, and 22) | "cabozantinib (L)-malate" |
| "crystalline" | '776 patent, claim 1 (and by dependency, claim 2); '439 patent, claim 1 (and by dependency, claims 3-4); '440 patent, claims 1 and 3; '015 patent, claims 1-3 | plain and ordinary meaning, which is "having a regular repeating underlying arrangement of molecules" |
| "comprising"[1] | '776 patent, claims 1-2; '440 patent, claims 1 and 3; '015 patent, claims 1-3; '349 patent, claim 3; '039 patent, claims 1 and 6 | plain and ordinary meaning, which is "including but not limited to" |

---

[1] Agreed-upon construction.

- 3 -

**SO ORDERED** this _____ day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE