# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., | ) |
|          Plaintiff, | ) |
|   v. | ) C.A. No. 24-1208 (RGA) |
| | ) **CONSOLIDATED** |
| SUN PHARMACEUTICAL INDUSTRIES LTD., et al., | ) |
|          Defendants. | ) |

## ORDER REGARDING DISCOVERY DISPUTE

The Court, having considered Plaintiff Exelixis' Request for Discovery, as well as the accompanying briefing, rules as follows:

Defendant Azurity is ordered to produce, by no later than December 15, 2025, the following samples:

- Sixty (60) tablets from each of 505(b)(2) NDA Product exhibit batches EB230026A, EB230027A, EB230028A, EB230031A, EB230032A, EB230033A, EB230034A, EB230035A, and EB230036A;

- Thirty (30) tablets from placebo batch PB23004A; and

- Five (5) grams from each of API batches ZBsm0030223 and ZBsm0050223.

Plaintiff's Request for Discovery is hereby GRANTED.

Dated: February 10, 2026

/s/ Richard G. Andrews
United States District Judge