**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXELIXIS, INC.,<br>Plaintiff,<br>v.<br>MSN LABORATORIES PRIVATE LIMITED, et al.,<br>Defendants. | C.A. 24-1208 (RGA)<br><br>**CONSOLIDATED**<br><br>[redacted] |

**DECLARATION OF LENA CAVALLO, ESQ., IN SUPPORT OF AZURITY'S UNOPPOSED MOTION TO REDACT <u>THE COURT'S DECEMBER 5, 2025 TRANSCRIPT</u>**


Of Counsel:

Andrew J. Miller
Elham F. Steiner
Robert A. Delafield II
WINDELS MARX LANE & MITTENDORF, LLP
180 Park Avenue
Florham Park, NJ 07932
(973) 966–3200
amiller@windelsmarx.com
esteiner@windelsmarx.com
rdelafield@windelsmarx.com

Caryn L. Cross
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
(212) 237–1059
ccross@windelsmarx.com

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP f/k/a Slayback Pharma India LLP and Slayback Pharma LLC*


Dated: February 20, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXELIXIS, INC.,<br>Plaintiff,<br>v.<br>MSN LABORATORIES PRIVATE LIMITED, et al.,<br>Defendants. | C.A. 24-1208 (RGA)<br>**CONSOLIDATED**<br>[redacted] |

**DECLARATION OF LENA CAVALLO, ESQ., IN SUPPORT OF AZURITY'S UNOPPOSED MOTION TO REDACT THE COURT'S DECEMBER 5, 2025 TRANSCRIPT**

I, Lena Cavallo, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am Vice President, Global Litigation and IP Enablement at Azurity Pharmaceuticals, Inc. As part of my duties, I supervise the above-captioned litigation on behalf of Defendants Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP, and Slayback Pharma LLC (collectively, "Azurity"), including the redaction of Azurity's confidential information in litigations that I supervise.

2. I submit this declaration on my personal knowledge and in support of Azurity's Unopposed Motion to Redact the Court's December 5, 2025 Transcript (D.I. 146) ("Transcript"). If asked to do so, I could and would testify competently to the matters contained herein.

3. The proposed redactions relate to Azurity's highly confidential and sensitive information, disclosure of which "will work a clearly defined and serious injury" to Azurity. *See In re Avandia Marketing*, 924 F.3d 662, 672 (3d Cir. 2019).

[redacted]

4. This case concerns a patent dispute between Plaintiff Exelixis, Inc. ("Exelixis") and Azurity related to Azurity's filing of a 505(b)(2) New Drug Application ("NDA") seeking approval from the U.S. Food and Drug Administration for cabozantinib malate tablets.

5. This patent dispute involves, *inter alia*, the assertion of claims directed to crystalline cabozantinib malate. Azurity's 505(b) NDA product, however, does not contain crystalline cabozantinib malate.

6. Azurity has set itself apart from the generic Abbreviated New Drug Application ("ANDA") filers by developing a non-infringing product comprised of [redacted] that is not covered by the asserted claims in the above referenced litigation. Unlike Azurity's 505(b)(2) NDA product, it is my understanding that the generic ANDA filers' products are comprised of crystalline cabozantinib malate.

7. The fact that Azurity's 505(b)(2) NDA product is [redacted], and not crystalline, is highly sensitive information that has not been disclosed to the public. Azurity's [redacted] is also highly sensitive information that has not been disclosed to the public. Azurity has spent significant resources, including time and money, to develop the [redacted] in its 505(b)(2) NDA product, including the [redacted] 505(b)(2) NDA product.

8. Azurity competes, and will continue to compete, with others in connection with the development and sale of pharmaceuticals in various markets and market segments. Public disclosure and/or disclosure to competitors of Azurity's proprietary information would

[redacted]

significantly harm Azurity's competitive position. The pharmaceutical industry is highly competitive, and Exelixis, Azurity, and various third-party pharmaceutical companies, are actual or potential competitors of one another within this industry to varying degrees in connection with a range of products, including with respect to Azurity's 505(b)(2) NDA product that is accused of infringement in the current litigation. Azurity's proprietary information reflects substantial investment in research and development, including developing highly confidential manufacturing processes and product formulations.

9. Azurity takes substantial measures to ensure that all trade secrets and proprietary information are maintained as highly confidential. This includes proprietary information relating to Azurity's highly confidential manufacturing processes and pharmaceutical formulations that result from those processes. Azurity has invested, and continues to invest, significant time and resources in developing its proprietary information, including details concerning its manufacturing processes and the characteristics of the products manufactured using those processes. If Azurity's proprietary information were to become publicly available or disclosed to competitors, including [redacted] Azurity would suffer serious commercial injury because competitors could use this information to replicate or refine their own products to similarly not infringe the asserted claims, accelerate their development timelines, reduce research and development costs, anticipate Azurity's strategic regulatory decisions, or otherwise gain an unfair advantage in the marketplace.

10. The proposed redactions to the Transcript are limited in nature to confidential and proprietary information concerning Azurity's highly confidential manufacturing processes for its 505(b)(2) NDA product, and the characteristics of the products manufactured using that process,

[redacted]

disclosure of which would adversely affect and seriously damage Azurity's competitive position in the marketplace.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2026

/s/ Lena Cavallo__________
Lena Cavallo

**CERTIFICATE OF SERVICE**

I, Cortlan S. Hitch, hereby certify that on February 20, 2026, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed.

I further certify that on the same date the attached document was electronically mailed to the following person(s):

Rodger D. Smith
Anthony D. Raucci
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs*

Lisa J. Pirozzolo
Emily R. Whelan
Kevin S. Prussia
Jonathan A. Cox
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
jonathan.cox@wilmerhale.com

Amy K. Wigmore
Gerard A. Salvatore
Charles Cox, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
amy.wigmore@wilmerhale.com
jerry.salvatore@wilmerhale.com
charlie.cox@wilmerhale.com

*Attorneys for Plaintiffs*

Cindy Kan
Anna Mizzi
Alexander P. Gorka
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street, 45th Floor
New York, NY 10007
cindy.kan@wilmerhale.com
anna.mizzi@wilmerhale.com
alexander.gorka@wilmerhale.com
whexelixis@wilmerhale.com

*Attorneys for Plaintiffs*

Dated: February 20, 2026

*/s/ Cortlan S. Hitch*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants and Counterclaim Plaintiffs Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP, and Slayback Pharma LLC*