IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXELIXIS, INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 24-1208 (RGA) **CONSOLIDATED** |
| MSN LABORATORIES PRIVATE LIMITED., et al., | ) | [redacted] |
| Defendants. | ) | **REDACTED - PUBLIC VERSION** |

**DECLARATION OF ANTHONY RAUCCI IN SUPPORT OF EXELIXIS, INC.'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DRS. DICHTEL, STEED, DONOVAN, ASHWORTH, AND MS. DOTHAGE**

I Anthony D. Raucci, hereby declare as follows:

1. I am an attorney admitted to practice in the State of Delaware and before this Court. I am an attorney at Morris, Nichols, Arsht & Tunnell LLP, counsel of record for Plaintiff Exelixis, Inc. in the above-captioned action against MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc., Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP, and Slayback Pharma LLC (collectively, "Defendants").

2. I submit this Declaration in support of Exelixis' Motion to Exclude Certain Opinions of Drs. Dichtel, Steed, Donovan, Ashworth, and Ms. Dothage.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the Opening Expert Report of William Dichtel, Ph.D. Regarding Invalidity of U.S. Patent Nos. 11,298,349 and 12,128,039.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the Reply Expert Report of William Dichtel, Ph.D. Regarding Invalidity of U.S. Patent Nos. 11,298,349 and 12,128,039.

**CONFIDENTIAL VERSION FILED 9/3/2026**
**REDACTED VERSION FILED 9/10/26**

5. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the transcript for the August 19, 2026 deposition of William Dichtel, Ph.D.

6. Attached hereto as **Exhibit D** is a true and correct copy of a letter from K. Boyle dated May 11, 2026.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Opening Expert Report of Robert Ashworth, Ph.D. Related to Invalidity of the Asserted Claims of U.S. Patent Nos. 11,298,349 and 12,128,039.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the transcript for the August 14, 2026, deposition of Robert Ashworth, Ph.D.

9. Attached hereto as **Exhibit G** is a true and correct copy of U.S. Patent No. 10,034,873.

10. Attached hereto as **Exhibit H** is a true and correct copy of U.S. Patent No. 10,039,757.

11. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the transcript for the August 12, 2026, deposition of Maureen Donovan, Ph.D.

12. Attached hereto as **Exhibit J** is a true and correct copy of an excerpt of the transcript for the January 18, 2026, Claim Construction hearing.

13. Attached hereto as **Exhibit K** is a true and correct copy of the Opening Expert Report of Jonathan Steed, Ph.D., Related to Invalidity of the Asserted Claims of U.S. Patent Nos. 11,298,349 and 12,128,039.

14. Attached hereto as **Exhibit L** is a true and correct copy of the Reply Expert Report of Jonathan Steed, Ph.D., Related to Invalidity of the Asserted Claims of U.S. Patent Nos. 11,298,349 and 12,128,039.

15. Attached hereto as **Exhibit M** is a true and correct copy of the Opening Expert Report of Dr. Maureen Donovan Regarding Invalidity of U.S. Patent Nos. 11.298,349 and 12,128,039.

16. Attached hereto as **Exhibit N** is a true and correct copy of the Reply Expert Report of Dr. Maureen Donovan Regarding Invalidity of U.S. Patent Nos. 11.298,349 and 12,128,039.

17. Attached hereto as **Exhibit O** is a true and correct copy of the Declaration of Mary. M. Dothage.

18. Attached hereto as **Exhibit P** is a true and correct copy of excerpts of the transcript for the July 28, 2026, deposition of Mary M. Dothage.

19. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts of the transcript for the July 30, 2026, deposition of Jonathan Steed, Ph.D.

20. Attached hereto as **Exhibit R** is a true and correct copy of the FDA Draft GTI Guidance (EXEL_03294451-EXEL_03294466).

21. Attached hereto as **Exhibit S** is a true and correct copy of excerpts of the Rebuttal Expert Report of Allan S. Myerson Ph.D. Regarding U.S. Patent No. 11,298,349 and 12,128,039.

22. Attached hereto as **Exhibit T** is a true and correct copy of excerpts of the Reply Expert Report of Robert Ashworth, Ph.D.

23. Attached hereto as **Exhibit U** is a true and correct copy of excerpts of WO 2010/083414 A1 ("Brown").

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of September 2026.

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 3, 2026, upon the following in the manner indicated:

Kenneth L. Dorsney, Esquire *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
*Attorneys for Defendants Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP and Slayback Pharma LLC*

Andrew J. Miller, Esquire *VIA ELECTRONIC MAIL*
Elham F. Steiner, Esquire
Robert A. Delafield II, Esquire
Alan H. Pollack, Esquire
WINDELS MARX LANE & MITTENDORF LLP
180 Park Ave.
Florham Park, NJ 07932
*Attorneys for Defendants Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP and Slayback Pharma LLC*

Caryn L. Cross, Esquire *VIA ELECTRONIC MAIL*
WINDELS MARX LANE & MITTENDORF LLP
156 West 56th Street
New York, NY 10019
*Attorneys for Defendants Azurity Pharmaceuticals, Inc., Azurity Pharmaceuticals India LLP and Slayback Pharma LLC*

Dominick T. Gattuso, Esquire
HEYMAN ENERIO GATTUSO & HIRZEL LLP
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Bryce A. Cooper, Esquire
Kurt A. Mathas, Esquire
Kevin J. Boyle, Esquire
Brian L. O'Gara, Esquire
WINSTON TAYLOR LLP
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654-3406
*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)