HEYMAN ENERIO GATTUSO & HIRZEL LLP

222 DELAWARE AVENUE • SUITE 900 • WILMINGTON, DELAWARE 19801
TEL: (302) 472.7300 • WWW.HEGH.LAW

DD: (302) 472-7311
Email: dgattuso@hegh.law

October 23, 2026

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

RE: *Exelixis, Inc. v. MSN Laboratories Private Limited et al.*,
C.A. No. 24-1208-RGA

Dear Judge Andrews:

We write on behalf of the parties in the above-captioned matter regarding agreement on two items addressed at the October 22, 2026 pretrial conference.

First, Defendants have agreed (1) to withdraw paragraphs 42 and 68 of the Expert Reply Report of Dr. Maureen Donovan and paragraph 73 of the Expert Reply Report of William Dichtel; and (2) not to seek to elicit testimony or otherwise argue at trial that the "ppm" limitations in the asserted claims of U.S. Patent Nos. 11,298,349 and 12,128,039 are to be calculated using the total weight of the composition as the denominator. The parties agree that this agreement moots the need for Markman proceedings regarding the asserted claims. The parties respectfully request that the Court vacate the briefing deadlines and October 28, 2026 hearing that were ordered in connection with those Markman proceedings.

Second, subject to the Court's approval, the parties jointly propose to split opening statements for their infringement and invalidity cases. Specifically, the parties propose that Exelixis and Azurity present opening statements on infringement issues at the beginning of trial on November 2 (with Exelixis going first), and then Defendants and Exelixis may present opening statements on invalidity (with Defendants going first) after Azurity presents its non-infringement evidence.

The parties are available to discuss these issues, as needed, at the Court's convenience.

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (# 3630)

DTG/jmk
cc: All Counsel of Record (via CM/ECF)