IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EXELIXIS, INC.,

Plaintiff,

v.

MSN LABORATORIES PRIVATE LIMITED, et al.,

Defendants.

C.A. No. 24-1208 (RGA)
**CONSOLIDATED**

**STIPULATION REGARDING POST-TRIAL BRIEFING**

Plaintiff Exelixis, Inc. ("Exelixis") and Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. (collectively, "MSN") submit this stipulation to propose a schedule for post-trial briefing, as agreed to by the parties and as approved by the Court during trial proceedings on November 5, 2026:

1. MSN's opening post-trial brief and proposed findings of fact shall be due on December 10, 2026. MSN shall address invalidity of U.S. Patent No. 12,128,039 ("the '039 patent") in its brief and proposed findings of fact.

2. Exelixis' responsive post-trial briefing and proposed findings of fact shall be due on January 13, 2027. Exelixis shall address validity, including secondary considerations, of the '039 patent in its responsive brief and proposed findings of fact.

3. MSN's reply post-trial brief shall be due on January 27, 2027.

4. The parties shall submit hyperlinked versions of their respective proposed findings of fact and post-trial briefs to the Court on February 3, 2027.

5. Each side shall have 30 pages total for its respective post-trial brief(s). MSN may divide its 30 pages between its opening and reply briefs at its discretion, with no more than 10 pages for its reply brief. Each side shall have 20 pages for its proposed findings of fact.

6. The proposed findings of fact shall separately state, in numbered paragraphs, a list of the relevant material facts the filing party believes it has proven, in a simple narrative form, along with citations to the record. No separate Conclusions of Law shall be filed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Exelixis, Inc.*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Gianna C. Penezic*

Dominick T. Gattuso (#3630)
Gianna C. Penezic (#7442)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law
gpenezic@hegh.law

*Attorneys for Defendants*
*MSN Laboratories Private Limited*
*and MSN Pharmaceuticals, Inc.*

November 9, 2026

SO ORDERED this ____ day of _________________, 2026.

______________________________
United States District Judge